

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2014R00150/OCDETF #NY-NYE-653

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 9, 2022

By ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Martin Leonel Perez Castro
               Criminal Docket No. 14-465 (RJD)

Dear Judge Dearie:

      The defendant in the above-captioned case is currently scheduled to appear for a status conference on September 13, 2022 at 11:30 a.m. The defendant recently retained new counsel in this case. Following consultation with defense counsel, the government respectfully requests that the Court adjourn the status conference until October 25, 2022 at 10:00 a.m. or the next available date thereafter. In addition, the government requests that time under the Speedy Trial Act be excluded until the date of the adjourned status conference to facilitate the parties' negotiations. Counsel for the defendant consents to this request to exclude time.

                    Respectfully submitted,

                    BREON PEACE
                    United States Attorney

          By:    /s/ Andrew Wang
                    Andrew D. Wang
                    Adam Amir
                    Assistant U.S. Attorneys
                  (718) 254-6311 / 6116

cc:    Clerk of Court (RJD) (ECF)
        Defense Counsel (by email)