

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ADW
F. #2014R00150/OCDETF #NY-NYE-653

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 21, 2022

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   United States v. Martin Leonel Perez Castro
>        <u>Criminal Docket No. 14-465 (RJD)</u>

Dear Judge Dearie:

  The defendant in  the above-captioned case is currently scheduled to appear for a status conference on October 25, 2022 at 10:00 a.m.  The parties are currently in preliminary plea negotiations and would benefit from additional time before the next court appearance.  Following consultation with defense counsel, the government respectfully requests that the Court adjourn the status conference until December 7, 2022 or the next available date thereafter.  In addition, the government requests that time under the Speedy Trial Act be excluded until the date of the adjourned status conference to facilitate the parties' negotiations.  Counsel for the defendant consents to this request to exclude time.

  Respectfully submitted,

  BREON PEACE
  United States Attorney

By:   <u>/s/ Andrew Wang</u>
  Andrew D. Wang
  Adam Amir
  Assistant U.S. Attorneys
  (718) 254-6311 / 6116

cc: Clerk of Court (RJD) (ECF)
  Defense Counsel (by email)