

U.S. Department of Justice

United States Attorney
Eastern District of New York

AA
F. #2014R00150/OCDETF #NY-NYE-653

271 Cadman Plaza East
Brooklyn, New York 11201

December 7, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Martin Leonel Perez Castro
              Criminal Docket No. 14-465 (BMC)

Dear Judge Cogan:

      The government writes to respectfully request that the Court enter an order of excludable delay under the Speedy Trial Act between today and the next status conference in this case. At the status conference before Judge Dearie on December 7, 2022, the Court did not exclude time because counsel for the defendant was not present. The government submits that the exclusion is appropriate to permit the parties to engage in plea negotiations. Counsel for the defendant consents to this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Adam Amir
      Adam Amir
      Andrew D. Wang
      Assistant U.S. Attorneys
      (718) 254-6311 / 6116

cc:    Clerk of Court (BMC) (ECF)
        Defense Counsel (by email)