

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2014R00150/OCDETF #NY-NYE-653

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 12, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Martin Leonel Perez Castro
                 Criminal Docket No. 14-465 (BMC)

Dear Judge Cogan:

        The defendant in the above-captioned case is currently scheduled to appear for a status conference on December 13, 2022 at 4:30 p.m. To accommodate the schedules of counsel for both parties, and following consultation with defense counsel, the government respectfully requests that the Court adjourn the status conference until the late afternoon of December 15, 2022. In addition, the government requests that time under the Speedy Trial Act be excluded until the date of the adjourned status conference to facilitate the parties' negotiations. Counsel for the defendant consents to this request to exclude time.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:    /s/ Andrew Wang
        Andrew D. Wang
        Adam Amir
        Assistant U.S. Attorneys
        (718) 254-6311 / 6116

cc:    Clerk of Court (BMC) (ECF)
        Defense Counsel (by email)