UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

   - against -                                        14-CR-465 (BMC)

MARTIN LEONEL PEREZ CASTRO,
   also known as "Richard,"

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Assistant United States Attorney Miranda Gonzalez from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Miranda Gonzalez
      United States Attorney's Office (Criminal Division)
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6183
      Email:  Miranda.Gonzalez@usdoj.gov

2

    In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Miranda Gonzalez at the email address set forth above.

Dated: March 28, 2023
    Brooklyn, New York

                   Respectfully submitted,

                   BREON PEACE
                   United States Attorney

            By: /s/ Miranda Gonzalez
                   Miranda Gonzalez
                   Assistant U.S. Attorney

cc: Clerk of the Court (BMC)