

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2014R00150/OCDETF #NY-NYE-653

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2023

By ECF

Jeffrey Cohn, Esq.
35 East 85th Street, #4A
New York, New York 10028

      Re:    United States v. Martin Leonel Perez Castro
               Criminal Docket No. 14-465 (BMC)

Dear Mr. Cohn:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides additional discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letter dated July 7, 2022.

      The enclosed contains electronic messages sent and received by the defendant and his co-conspirators between approximately September 2013 and January 2014, as well as related documentation, as provided by the Government of Colombia pursuant to a Mutual Legal Assistance Treaty request (Bates-numbered RICHARD000186 – 000339).

      Very truly yours,

      BREON PEACE
      United States Attorney

By:    /s/ Andrew Wang
      Andrew Wang
      Assistant U.S. Attorney
      (718) 254-6311

Enclosures

cc:    Clerk of the Court (BMC) (by ECF) (without enclosures)