

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2014R00150/OCDETF #NY-NYE-653

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 11, 2023

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Martin Leonel Perez Castro
               Criminal Docket No. 14-465 (BMC)

Dear Judge Cogan:

      The parties in the above-captioned matter have reached an agreement in principle regarding disposition. The government writes to respectfully request that a change of plea hearing be scheduled for August 14, 2023 at 12:45 p.m. or at the earliest available date and time thereafter.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Andrew Wang
      Andrew D. Wang
      Assistant U.S. Attorney
      (718) 254-6311

cc:   Clerk of Court (BMC) (ECF)
      Defense Counsel (by email)